UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff,<br>v.<br>Cristian RODRIGUEZ-MARRON,<br>                              Defendant. | Case No.: 21CR0994-JLS<br>**ORDER** |

Good cause appearing, Defendant Cristian RODRIGUEZ-MARRON's motion to modify the Court's order is granted in part. The deadline to submit the completed bond packet by the close of business on April 21, 2021 is granted. Defendant's motion to extend Arizona is granted in part.  Travel is extended to the State of Nevada, and any points in between, only after the completed bond packet is submitted, with the acknowledgement of sureties, and so long as such travel is permitted by any applicable stay-at-home orders. Defendant must report to his Pretrial Services Officer both before any such travel and immediately upon his return. Any travel outside the Southern District of California is at Mr. Rodriguez-Marron's own expense. All other conditions shall remain as set.

Dated:  April 14, 2021

_____
Hon. Andrew G. Schopler
United States Magistrate Judge