UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CRISTIAN RODRIGUEZ-MARRON,<br><br>   Defendant. | Case No.: 21-CR-994-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

   **IT IS HEREBY ORDERED** that the Joint Motion to continue be granted and the motion hearing/trial setting in this matter now scheduled for June 11, 2021, be continued to July 23, 2021, at 1:30 p.m. For the reasons set forth in the Joint Motion, the Court finds the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

   **IT IS FURTHER ORDERED** that defendant file an acknowledgment of next court date by June 18, 2021.

   **IT IS SO ORDERED**.

Dated: June 8, 2021

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge