UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CRISTIAN RODRIGUEZ-MARRON,<br><br>　　　　　Defendant. | Case No.: 21-CR-994-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Joint Motion to continue be granted and the motion hearing/trial setting in this matter now scheduled for July 23, 2021, be continued to August 27, 2021, at 1:30 p.m.  For the reasons set forth in the Joint Motion, the Court finds  the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and time is therefore excluded until the motion hearing date.

**IT IS FURTHER ORDERED** that defendant file an acknowledgment of next court date by August 13, 2021.

**IT IS SO ORDERED**.

Dated:  July 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge