UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-994-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| CRISTIAN RODRIGUEZ-MARRON, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to continue be granted and the motion hearing/trial setting in this matter now scheduled for October 1, 2021, be continued to November 4, 2021, at 1:30 p.m. For the reasons set forth in the Joint Motion, the Court finds the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and time is therefore excluded until the motion hearing date.

**IT IS FURTHER ORDERED** that defendant file an acknowledgment of next court date by October 8, 2021.

**IT IS SO ORDERED**.

Dated: September 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21-CR-994-JLS